**Jesse L. BEBEE, Petitioner-Appellant,**

**v.**

**STATE of Missouri; Mr. Joe Abraniovitz, Sheriff, Newton County, Missouri; Warden, Department of Corrections, Jefferson City, Missouri, Respondents.**

No. 12320.

Missouri Court of Appeals,
Southern District,
Division Two.

July 9, 1981.

Jesse L. Bebee, pro se.

Gary C. Lentz, Pros. Atty., Neosho, for respondents.

PER CURIAM:

Petitioner filed a petition for writ of habeas corpus in the circuit court. It was denied and he filed a notice of appeal to this court. We are obligated to determine if we have appellate jurisdiction. *Frey v. Gabel*, 574 S.W.2d 38, 39 (Mo.App.1978). We have determined that we do not, as no appeal lies from a decision in a habeas corpus proceeding. *Miller v. State*, 615 S.W.2d 98 (Mo.App.1981); *Hutchinson v. Wesley*, 455 S.W.2d 21 (Mo.App.1970).

The appeal is dismissed.

All concur.